RUTH R. YOUNG, Respondent, v. LEWIS G. YOUNG, Appellant.— The plaintiff has judgment for separation; the defendant has appealed. The plaintiff moved for an order directing the defendant to pay to plaintiff a counsel fee and expenses to permit her to oppose the appeal. The motion was granted for a reasonable sum. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

ESTHER BABCOCK, as Administratrix, etc., of JAMES N. BABCOCK, Deceased, Respondent, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant. — In an action to recover damages for the death of plaintiff's intestate, who was killed in a collision between his automobile and two " wildcat " engines at a railroad highway crossing, the questions of negligence and of contributory negligence were submitted to the jury, who found for the plaintiff. Judgment and order denying a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

SAMUEL BRODY, Appellant, v. JAMES M. HUTTON and Others, Copartners Doing Business under the Firm Name and Style of W. E. HUTTON & Co., Respondents.— Order granting summary judgment for defendants in an action to recover damages arising out of the alleged fraud of defendants in inducing plaintiff to purchase stock, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.